# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | |
|---|---|
| GREGORY PAULK, | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION NO.: 5:15-cv-38 |
| DWAYNE GILLIS; and JOHN RUMKOR, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12, as set forth herein. Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** based on his failure to follow this Court's Orders and failure to prosecute. The Clerk of Court is **DIRECTED** to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)